USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/24/2013

Buchwald, D.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| LISA MARIE VIONI, | Civil Action No. 13-2276 (NRB) (HBP) |
|---|---|
| Plaintiff, | |
| -v- | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| CERBERUS CAPITAL MANAGEMENT, L.P., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff, Lisa Marie Vioni ("Vioni"), and the undersigned counsel for Defendant, Cerberus Capital Management, L.P. ("Cerberus"), that the above-captioned action, having been amicably adjusted by and between the parties, be, and hereby is, dismissed with prejudice and without costs as to any party against another; and

IT IS FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction to enforce the terms of the confidential settlement reached between the parties.

Plaintiff Lisa Marie Vioni

By: _____
Corey Stark, Esq.
THE DWECK LAW FIRM, LLP
75 Rockefeller Plaza, 16th Floor
New York, New York 10019
*Attorneys for Plaintiff*

Dated: May 9, 2013

Dated: May 23, 2013

Defendant Cerberus Capital Management, L.P.

By: _____
David M. Wissert, Esq.
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
*Attorneys for Defendant.*

Dated: May 14, 2013

SO ORDERED:

_____
Hon. Naomi Reice Buchwald, U.S.D.J.

1